## Commonwealth *v.* Seymore, Appellant.

Argued June 13, 1964. *A. Benjamin Johnson, Jr.,* for appel-

lant; *David L. Creskoff,* Assistant District Attorney, with him *Thomas M. Reed,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Judgment of sentence affirmed.